IRA SCHUMAN, Doing Business as MASTER BUTCHERS COAT AND APRON SUPPLY COMPANY, Respondent, v. ARCADE COAT, APRON AND TOWEL SUPPLY CO., INC., Appellant.— Order granting plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

KENNETH M. SPENCE, as Trustee in Bankruptcy, etc., of HARRY STEVENSON, Bankrupt, Respondent, v. NORMA STEVENSON, Appellant. (Appeal No. 1.) — Order denying defendant's motion to open default reversed upon the law and the facts, without costs, and motion granted upon condition that appellant pay the taxable costs to date within five days from the taxation thereof; in default of which the order denying the motion is affirmed. There is some showing of merits, and there is not a sufficiently clear showing of willful default to warrant the denial of the motion unconditionally. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

KENNETH M. SPENCE, as Trustee in Bankruptcy, etc., of HARRY STEVENSON, Bankrupt, Respondent, v. NORMA STEVENSON, Appellant. PAUL RAIN and Another, etc., Defendants. (Appeal No. 2.) — Order denying motion to open default of defendant Norma Stevenson reversed upon the law and the facts, without costs, and motion granted upon condition that appellant pay the taxable costs to date within five days from the taxation thereof; in default of which the order denying the motion is affirmed, upon authority of *Spence* v. *Stevenson, No. 1* (*ante*, p. 787), decided herewith. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

JOSEPHINE STEINHART, Respondent, v. AUBY KEOSKIE, Appellant. WELSH BROTHERS CONTRACTING CO., INC., Defendant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THEODORE H. TENZER, Appellant, v. FLORENCE TENZER, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, without costs, upon the ground that plaintiff has made out a *prima facie* case for annulment of the marriage. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

WILLIAM L. TIMBERLAKE, Appellant, v. AUSTEN G. FOX, Respondent.— Orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

HARRY TURKOWITZ, Respondent, v. JACOB PALETZ, EZEKIEL LEAVITT and " MENDEL " KANTOR, Appellants.— Order granting plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.